COA #   10-15-00055-CR

OFFENSE:   Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE:   William Arthur McIntosh v. The State of Texas

COUNTY:   Ellis

TRIAL COURT:   40th District Court
TRIAL COURT #:   20084CR
TRIAL COURT JUDGE:   Hon. Bob Carroll
DISPOSITION:   DISMISSED

_____ MOTION
FOR REHEARING IS: _____
DATE: _____
JUDGE: _____

DATE:   March 5, 2015

JUSTICE:   Scoggins          PC        S   YES
PUBLISH: _____    DNP:   YES

CLK RECORD: _____          SUPP CLK RECORD: _____
RPT RECORD: _____          SUPP RPT RECORD: _____
STATE BR: _____            SUPP BR: _____
APP BR: _____              PRO SE BR: _____

## IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # **331-15 THRU 340-15**

_____ PRO SE _____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_refused_
DATE: _July 29, 2015_
JUDGE: _PC_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____     PC: _____
PUBLISH: _____    DNP: _____

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____